083515.0971(207)                                    RMC:lab

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **SPECIALTY RISK OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) No.: 23-cv-726-JMS-MKK |
| **BAR INDY LLC, an Indiana Limited Liability Corporation, doing business as TIKI BOB'S CANTINA, and ASHLEY HEATH,** | ) |
| **Defendants.** | ) |

## NOTICE OF DISMISSAL

Now comes the Plaintiff, Specialty Risk of America, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby gives this Honorable Court its notice of dismissal, with prejudice, as this action has been rendered moot pursuant to a settlement of the underlying action.

Respectfully submitted:

/s/ *Robert Marc Chemers*
Robert Marc Chemers
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive
Suite 2600
Chicago, Illinois 60606
Telephone:    (312) 578-7548
Fax:               (312) 346-8242
E-Mail: rchemers@pretzelstouffer.com
***Attorneys for Plaintiff***

083515.0971(207)                                    RMC:lab

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **SPECIALTY RISK OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No.: 23-cv-726-JMS-MKK |
| | ) |
| **BAR INDY LLC, an Indiana Limited Liability Corporation, doing business as TIKI BOB'S CANTINA, and ASHLEY HEATH,** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached **Notice of Dismissal** was filed electronically this 12th day of June, 2023. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

                                                            Respectfully submitted:

                                                            /s/ *Robert Marc Chemers*
                                                            Robert Marc Chemers
                                                            PRETZEL & STOUFFER, CHARTERED
                                                            200 South Wacker Drive
                                                            Suite 2600
                                                           Chicago, Illinois 60606
                                                           Telephone:    (312) 578-7548
                                                           Fax:              (312) 346-8242
                                                           E-Mail: rchemers@pretzelstouffer.com
                                                           ***Attorneys for Plaintiff***